IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02822-ZLW-MEH

LINDA ORRICK,

    Plaintiff,

v.

BONDED COLLECTION CORPORATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: March  23 , 2011

    It is ORDERED that the Stipulation Of Dismissal With Prejudice (Doc. No. 11; Mar. 17, 2011) is treated as a dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).